UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRYAN SIMMONS,

  Plaintiff,

                                CASE NO.: 8:23-cv-00899

Vs.

EQUIFAX INFORMATION SERVICES
LLC and TRANS UNION LLC,

  Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT, EQUIFAX INFORMATION SERVICES LLC

COMES NOW Plaintiff, BRYAN SIMMONS, by and through undersigned counsel, and hereby notifies the Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES LLC, have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed on this 14th day of July, 2023, via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

/s/ Frank H. Kerney, III_____
Frank H. Kerney, III, Esquire
FL BAR #: 088672
The Consumer Lawyers, PLLC
412 E. Madison St., Ste 916
Tampa, FL 33602
Tele: 813-951-8278
Fax:  844-951-3933
frank@theconsumerlawyers.com
jason@theconsumerlawyers.com
Attorney for Plaintiff